IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUREEN LEBEAU, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEANNE MONTGOMERY et al., | : | No. 17-38 |
| *Defendants*. | : | |

# **O R D E R**

**AND NOW**, this 28th day of November, 2017, upon consideration of Defendants Community Education Centers and Shena Cumming's Motion to Dismiss (Doc. Nos. 28), Defendants Helen Borrell and Michael Moore's Motion to Dismiss (Doc. No. 32), and Defendant Leanne Montgomery's Motion for Summary Judgment (Doc. No. 33), it is hereby ordered that:

1. The Motion to Dismiss of Defendants Community Education Centers and Shena Cumming (Doc. No. 28) is **GRANTED.**

2. The Motion to Dismiss of Defendants Helen Borrell and Michael Moore (Doc. No. 32) is **GRANTED**.

3. Defendant Leanne Montgomery's Motion for Summary Judgment (Doc. No. 33) is **GRANTED in part and DENIED in part**. Remaining in this case are the state and § 1983 false arrest and false imprisonment claims against Defendant Leanne Montgomery.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge